JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8921
Facsimile: (415) 744-0134
E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LISA ARANDA,

Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

No. 2:20-cv-03380-DFM

**JUDGMENT OF VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

///

///

///

///

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date: March 12, 2021

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE