EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF MICHAEL & BURCH, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:      (415) 946-8996
E-mail:      edward@michaelburchlaw.com

Attorney for Plaintiff
LISA ARANDA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ARANDA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner, of Social Security,<br><br>    Defendant. | Civil Action No. 2:20-CV-03380-DFM<br><br>**ORDER AWARDING EAJA FEES TO PLAINTIFF PURSUANT TO STIPULATION** |

    Based on and as indicated in the parties' Stipulation, IT IS ORDERED that Defendant shall pay Plaintiff attorney fees in the amount of five thousand seven hundred dollars ($5,700) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Date: August 9, 2021

_____
Honorable Douglas F. McCormick
U. S. Magistrate Judge

1